UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS RUIZ FLOREZ,

                        Plaintiff,

            v.

PARK AVENUE 2 LLC, and EARL'S BEER
AND CHEESE LLC d/b/a Earl's Beer and Cheese,

                        Defendants.

23-CV-430 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 1, 2023, the Court ordered the parties to meet and confer within thirty (30)

days, and within forty-five (45) days, to submit a joint letter requesting either (1) referral to the

court-annexed mediation program or a magistrate judge, or (2) an initial status conference. *See*

Dkt. 7. As of today's date, the parties have not filed a joint letter regarding the status of settlement

or proposing mutually agreeable dates for an initial pretrial conference.

The parties shall submit their joint letter no later than April 24, 2023. Failure to do so may

result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:       April 14, 2023
             New York, New York

                                              _____
                                              Hon. Ronnie Abrams
                                              United States District Judge