UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>                        Plaintiff,<br><br>                        v.<br><br>PARK AVENUE 2 LLC, and EARL'S BEER &<br>CHEESE LLC d/b/a Earl's Beer and Cheese,<br><br>                        Defendants. | No. 23-cv-430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On July 25, 2023, given Defendant's failure to file an Answer or responsive pleading in this action, Plaintiff filed a proposed Clerk's Certificate of Default along with an affirmation in support. *See* Dkts. 17, 18. That same day, the Clerk of Court issued a Certificate of Default. *See* Dkt. 19. Accordingly, should Plaintiff intend to move for default judgment, he shall do so by September 21, 2023.

SO ORDERED.

Dated:    September 7, 2023
             New York, New York

                                                                   Hon. Ronnie Abrams
                                                                   United States District Judge