Law Office of Jennifer E. Tucek, P.C.
315 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com
(917) 669-6991

September 20, 2023

Via ECF
Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Application granted.

SO ORDERED.

*/s/ Ronnie Abrams*

Hon. Ronnie Abrams
United States District Judge
09/21/2023

Re: *Florez v. Park Avenue 2 LLC / 23*-cv-0430

Dear Judge Abrams:

    I represent the Plaintiff, Carlos Ruiz Florez, in the above-referenced case.  I am writing to request an extension of time to file a default motion.  I finally was able to reach the landlord and the tenant yesterday and they have stated that they did not receive the Complaint, although it is Plaintiff's position that they were served as reflected in the Affidavits of Service previously filed.  In any event, Plaintiff would like an opportunity to resolve the matter before seeking a default, or in the alternative, provide the defendants additional time to Answer, given their assertions that they were not served.

    Plaintiff respectfully requests a 30-day extension of time to file a default motion.  Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek
_____
Jennifer E. Tucek
Attorney for Plaintiff