UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ FLOREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PARK AVENUE 2 LLC and EARL'S BEER & CHEESE LLC d/b/a Earl's Beer and Cheese,<br><br>        Defendants. | 23-CV-430 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On September 21, 2023, the Court granted Plaintiff's request for an extension of time to move for default judgment no later than October 21, 2023. *See* dkt. 22. An electronic summons was issued to Defendants on January 19, 2023, although Defendants have not yet filed an Answer or responsive pleading. On July 25, 2023, the Clerk of Court issued a Certificate of Default. *See* dkt. 19. To date, no motion for default judgment has been filed. Should Plaintiff intend to move for default judgment, he shall do so no later than November 3, 2023.

SO ORDERED.

Dated:  October 24, 2023
     New York, New York

                        _____
                        Ronnie Abrams
                        United States District Judge